1  Michael Stepanian (CSBN 037712)
    819 Eddy Street
2  San Francisco, CA 94109
    Telephone: (415) 771-6174
3  Fax: (415) 474-3748

4  Attorney for Defendant
    EBONY STANDIFER

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,            CASE NO.  CR 14-00538 CRB

13              Plaintiff,               **STIPULATED REQUEST TO**
                vs.                      **CONTINUE SENTENCING HEARING**
                                         **DATE TO AUGUST 24, 2016**
14  EBONY STANDIFER,

15              Defendant.

16  _____/

17

18      Defendant Ebony Standifer, by and through her counsel of record Michael Stepanian,

19  and Assistant United States Attorney Thomas M. Newman, hereby stipulate and agree that the

20  sentencing in the above case which is presently set for Wednesday, May 18, 2016 at

21  10:00 a.m. be continued to Wednesday, August 24, 2016 at 10:00 a.m.

22      We further request, pursuant to Crim. L.R. 32, that the presentence investigation

23  timeline reflect this change of sentencing date.  United States Probation officer Insa Bel'Ochi

24  has been contacted and has no objection.

25  ///

26  ///

27

28

STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO AUGUST 24, 2016
CR 14-00538 CRB

1     This continuance is at the request of both defense and the government as Ms. Standifer
2 has been arrested in Hawaii and, at an undetermined future date, will be en route to the Northern
3 District of California.

6 Dated: April 7, 2016          /s/ Michael Stepanian
MICHAEL STEPANIAN
7                                         Counsel for Defendant
Ebony Standifer

9 Dated: April 7, 2016          /s/ Thomas M. Newman
THOMAS M. NEWMAN
10                                        Assistant United States Attorney

17 Dated: April  8 , 2016

IT IS SO ORDERED:

JUDGE CHARLES R. BREYER

STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO AUGUST 24, 2016
CR 14-00538 CRB