BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

THOMAS M. NEWMAN (NYBN 4256178)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   FAX: (408) 535-5066
   E-Mail: Thomas.newman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-14-538-CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE<br>) SENTENCING HEARING |
| EBONY STANDIFER, | ) |
| Defendant. | ) |

The parties stipulate as follows:

On October 18, 2016, the court approved the parties' stipulation to continue sentencing until January 18, 2017. For the reasons states below, the parties stipulate to continue sentencing until March 22, 2017.

1. The defendant, Ebony Standifer, pled guilty in the above-referenced case on August 19, 2015.

2. On January 14, 2016, the government filed a complaint alleging that the defendant was in contempt for violating her release conditions in the above-referenced case. Case No. 16-41-CRB. The contempt matter is currently unresolved and set for a status hearing on January 4, 2017.

3. The parties are attempting to resolve Case No. 16-41-CRB, and agree that a continuance of sentencing in this matter is appropriate. The parties agree that the continuance would permit the parties, and the court, so resolve both matters at a single hearing. Moreover, the Probation Office would only be required to prepare a single report for both cases.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: December 22, 2016                      /s/
THOMAS M. NEWMAN
Assistant United States Attorney

Dated: December 22, 2016                      /s/
MICHAEL STEPANIAN
Attorney for Defendant Ebony Standifer

ORDER

PURSUANT TO THE PARTIES' STIPULATION sentencing is continued to March 22, 2017, at 10:00 am.

IT IS FURTHER ORDERED that the date to disclose the pre-sentence investigation pursuant to Criminal Local Rule 32 shall be adjusted accordingly.

IT IS SO ORDERED.

DATED:_12/22/2016_____   _____
                          THE HONORABLE CHARLES R. BREYER
                          United States District Judge